UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JASON JUREK, | ) | CASE NO. 5:13 CV 1784 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAVID D. DOWD, JR. |
| v. | ) | |
| | ) | |
| AMERICAN TELEPHONE AND TELEGRAPH, COMPANY, *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| | ) | |
| Defendants. | | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously herewith, ITS IS HEREBY ORDERED, ADJUDGED AND DECREED that that this action is dismissed pursuant to 28 U.S.C. § 1915(e) without prejudice to any valid state law claims that plaintiff may have against defendants under the facts alleged. Further, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith

IT IS SO ORDERED.

September 19, 2013          */s/David D. Dowd, Jr.*
Date          David D. Dowd, Jr.
         United States District Judge